UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    Case No. 16-cr-179-pp

DEMARREL JONES,

    Defendant.

**ORDER DENYING DEFENDANT'S MOTION FOR FUNERAL FURLOUGH (DKT. NO. 74)**

On September 19, 2017, the defendant filed a motion asking the court to grant him a furlough so that he could attend the funeral of his stepfather. Dkt. No. 74. The government opposes the request. Dkt. No. 74 at 3.

On August 3, 2017, after a jury had convicted the defendant of possession of a firearm by a prohibited person, the court sentenced the defendant to forty-eight months imprisonment. Dkt. No. 66. The defendant currently awaits placement by the Federal Bureau of Prisons and is housed at the Dodge County Jail. Dkt. No. 74 at 1.

Normally, requests for furloughs fall within the province of the Bureau of Prisons. See 18 U.S.C. §3622 ("*The Bureau of Prisons* may release a prisoner from the place of his imprisonment for a limited period . . . .") (emphasis added). Although the defendant is not yet in federal custody—and therefore

makes his request to this court instead of the Bureau of Prisons—the court looks to 18 U.S.C. §3622 in considering this request.

The court extends its sympathy to the defendant on the passing of his stepfather, and understands his desire to attend the funeral. However, 18 U.S.C. §3622 provides that a court may grant a temporary release of a prisoner "if there is reasonable cause to believe that a prisoner will honor the trust to be imposed in him[.]" Because the court has sentenced the defendant and he is serving that sentence, the court cannot reach that conclusion.

The court **DENIES** the defendant's motion for a funeral furlough. Dkt. No. 74.

Dated in Milwaukee, Wisconsin this 21st day of September, 2017.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**