UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                             Case No. 16-cr-179-pp

DEMARREL T. JONES,

        Defendant.

**ORDER GRANTING MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE AND JUDGMENT (DKT. NO. 80)**

On November 8, 2016, a grand jury returned a one-count indictment charging the defendant with possessing a firearm after having been convicted of a felony. Dkt. No. 1. The indictment included a forfeiture notice, that stated that "[u]pon conviction of the offense . . . set forth in this Indictment, the defendant . . . shall forfeit to the United States . . . any and all firearms and ammunition, including, but not limited to a FN Herstal, model FNS-40, .40 caliber pistol, bearing serial number GKU00600741." Dkt. No. 1 at 2.

A little over five months later, a jury convicted the defendant of the charge in the indictment. Dkt. No. 47. The court entered a preliminary order of forfeiture on May 22, 2017, in which it ordered the government to publish notice of the court's order and of the government's intent to dispose of the property according to law. Dkt. No. 51.

1

On January 31, 2018, the government filed a motion for order of forfeiture and judgment, along with an affidavit from assistant United States Attorney Lisa Wesley. Dkt. Nos. 80, 81. The affidavit reported (a) that under 21 U.S.C. §853(n)(1), the government had mailed written notice of forfeiture to all parties of record who might have a claim or interest in the property covered by the court's May 22, 2017 forfeiture order; and (b) that no interested parties had asserted a claim for the forfeited property within the thirty days following the final publication of notice. Dkt. No. 81 at 2. The court is satisfied that the government has met the requirements of 18 U.S.C. §2253 governing criminal forfeiture of property.

The court **GRANTS** the government's motion for order of forfeiture and final judgment. Dkt. No. 80. The court **ORDERS** that under 18 U.S.C. §2253, the United States of America has clear title to the following property, and may dispose of the property according to law:

> FN Herstal, model FNS-40, .40 caliber pistol bearing serial number GKU0060074

Dated in Milwaukee, Wisconsin this 7th day of February, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**
